UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafael Marmolejo-Pérez
v.
Janet Reno, U.S. Attorney General

CASE NUMBER: 98-1892 (HL)

## ORDER

On July 19, 2002, the First Circuit issued a mandate vacating this Court's judgment of February 26, 1999 and instructing this Court to remand this case to the Board of Immigration Appeals. Accordingly, the Court hereby remands this case to the Board of Immigration Appeals.

Date 8/27/02

HECTOR M. LAFFITTE
Chief U.S. District Judge


